UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:15CV1430 HEA |
| DEBORAH REDAVIDE, ) BRYAN K. REEVES, ) ALTERNATIVE FUNERAL SERVICES, INC. ) LILLIAN BENNETT, ) ) | |
| Defendant. ) | |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On April 26, 2016, the Court held a status conference in order to ascertain whether the issue of the beneficiary in this interpleader action had been resolved. Bryan K. Reeves appeared at the status conference. Deborah Redavide did not attend. Alternative Funeral Services Inc. and Lillian Bennett had previously had default judgments entered against them.

The Court previously entered its Order of Dismissal and Discharge and Preliminary Order in Interpleader on February 17, 2017. This Dismissal Order dismissed Plaintiff and directed the life insurance benefits, plus any applicable

interest payable as a consequence of the death of Helen Redavide to be placed in the registry of the Court.

Decedent Helen Redavide had a life insurance policy issued by MetLife. The last named beneficiary of the policy is Bryan K. Reeves. Prior to the status, Deborah Redavide had filed with the Court a letter wherein she appeared to be challenging the designation of Reeves as the beneficiary of Decedent's life insurance policy. Ms. Redavide, however, did not appear at the hearing. The Court concludes, therefore that Ms. Redavide has abandoned her claim and that Bryan K. Reeves is the beneficiary entitled to the proceeds of the MetLife Policy.

Accordingly,

Bryan K. Reeves shall provide the Clerk of the Court with his name, social security number and address.

Upon receipt of the required information from Bryan K. Reeves, the Clerk of the Court is ordered to pay to Bryan K. Reeves the funds on deposit with the Clerk under the aforesaid MetLife insurance policy.

Dated this 15th day of May, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE