# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) DEBORAH REDAVIDE, et al., ) ) Defendants. ) | Case No: 4:15CV1430 HEA |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the letter of Deborah Redavide, received June 12, 2017. The Court construes this letter as a Motion to Reconsider the Opinion, Memorandum and Order entered on May 15, 2017 wherein the Court determined that Defendant Bryan K. Reeves was the proper beneficiary of the life insurance policy of Helen Redavide.

Defendant Redavide now urges the Court to allow her "a chance to plead [her] case in court."

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Redavide is given 14 days from the date of this order to submit to the Court evidence showing she is entitled

to the life insurance proceeds of Helen Redavide. Failure to provide evidence will result in a denial of Defendant's Motion to Reconsider.

**IT IS FURTHER ORDERED** that Defendant Reeves is also given 14 days from the date of this Order to submit any further evidence that he feels is necessary for the Court's consideration.

Dated this 24th day of August, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE